# Exhibit C

STATE OF INDIANA
IN THE MARION COUNTY SUPERIOR COURT

| | |
|---|---|
| TOM JAMES COMPANY, ENGLISH AMERICAN TAILORING COMPANY, INDIVIDUALIZED SHIRT COMPANY, OXXFORD CLOTHES XX, INC., HOLLAND & SHERRY, INC., FRANKLIN CLOTHING COMPANY, IAG INDUSTRIAL CENTER, INC., THE HANCOCK COMPANY, THE PICKETT COMPANY, CROSSVILLE FABRIC CHILE S.A., and TOM JAMES CHILE S.A., <br><br>    Plaintiffs, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br>    Defendant. | CAUSE NO. |

## SUMMONS

TO DEFENDANT:   Zurich American Insurance Company
                1299 Zurich Way
                Schaumburg, IL 60196

    You are hereby notified that you have been sued by the party named as plaintiffs and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiffs.

    An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiffs.

    If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

    The following manner of service of summons is hereby designated.

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Dated: 4/11/2020

*Myla A. Eldridge*

Clerk, Marion County Superior Court
City County Building
200 E. Washington St.
Indianapolis, IN 46204
Tel: 317.327.4740



George M. Plews, #6274-49
Gregory M. Gotwald, #24911-49
Tonya J. Bond, #24802-49
Aaron J. Brock, #34996-49
**PLEWS SHADLEY RACHER & BRAUN LLP**
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
Fax: 317.637.0710
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
abrock@psrb.com

*Counsel for Plaintiffs*

## SHERIFF'S RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served this summons on _____, 202__:
(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.
(2) By leaving a copy of the Summons and a copy of the complaint at _____
which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said defendant at the above address.
(3) Other Service or Remarks:_____
_____

Sheriff's Costs                              Sheriff

                                                       By:_____
                                                              Deputy

## CLERK'S CERTIFICATE OF MAILING

      I hereby certify that on _____, 202__, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                           _____
                                           Clerk, Marion County Courts

Dated: _____          By:_____
                                                              Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

      I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on_____ 202__.
      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on _____ _____, 202__.
      I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of the defendant on _____, 202__.

                                           _____
                                           Clerk, Marion County Courts

                                           By:_____
                                                               Deputy

STATE OF INDIANA
IN THE MARION COUNTY SUPERIOR COURT

| | |
|---|---|
| TOM JAMES COMPANY, ENGLISH AMERICAN TAILORING COMPANY, INDIVIDUALIZED SHIRT COMPANY, OXXFORD CLOTHES XX, INC., HOLLAND & SHERRY, INC., FRANKLIN CLOTHING COMPANY, IAG INDUSTRIAL CENTER, INC., THE HANCOCK COMPANY, THE PICKETT COMPANY, CROSSVILLE FABRIC CHILE S.A., and TOM JAMES CHILE S.A., <br><br> Plaintiffs, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendant. | CAUSE NO. |

### SUMMONS

TO DEFENDANT:   Zurich American Insurance Company
c/o Corporation Service Company, Registered Agent
135 N. Pennsylvania St., Ste. 1610
Indianapolis, IN 46204

You are hereby notified that you have been sued by the party named as plaintiffs and in the Court indicated above.

The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiffs.

An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiffs.

If you have a claim for relief against the plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated.

CERTIFIED MAIL – RETURN RECEIPT REQUESTED

Dated: 4/11/2020

*Myla A. Eldridge*
Clerk, Marion County Superior Court
City County Building
200 E. Washington St.
Indianapolis, IN 46204
Tel: 317.327.4740

George M. Plews, #6274-49
Gregory M. Gotwald, #24911-49
Tonya J. Bond, #24802-49
Aaron J. Brock, #34996-49
**PLEWS SHADLEY RACHER & BRAUN LLP**
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
Fax: 317.637.0710
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
abrock@psrb.com

*Counsel for Plaintiffs*



## SHERIFF'S RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served this summons on _____, 202__:
(1) By delivering a copy of the Summons and a copy of the complaint to the defendant, _____.
(2) By leaving a copy of the Summons and a copy of the complaint at _____
which is the dwelling place or usual place of abode of and by mailing a copy of said summons to said defendant at the above address.
(3) Other Service or Remarks:_____
_____

Sheriff's Costs                                    Sheriff

                                                   By:_____
                                                        Deputy

## CLERK'S CERTIFICATE OF MAILING

    I hereby certify that on _____, 202__, I mailed a copy of this Summons and a copy of the complaint to the defendant, _____, by _____ _____ mail, requesting a return receipt, at the address furnished by the plaintiff.

                                    _____
                                    Clerk, Marion County Courts

Dated: _____      By:_____
                                    Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

    I hereby certify that the attached receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by the defendant on_____ 202__.
    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint was returned not accepted on _____ _____, 202__.
    I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to defendant _____ was accepted by _____ on behalf of the defendant on _____, 202__.

                                    _____
                                    Clerk, Marion County Courts

                                    By:_____
                                        Deputy

STATE OF INDIANA
IN THE MARION COUNTY SUPERIOR COURT

| | |
|---|---|
| TOM JAMES COMPANY, ENGLISH AMERICAN TAILORING COMPANY, INDIVIDUALIZED SHIRT COMPANY, OXXFORD CLOTHES XX, INC., HOLLAND & SHERRY, INC., FRANKLIN CLOTHING COMPANY, IAG INDUSTRIAL CENTER, INC., THE HANCOCK COMPANY, THE PICKETT COMPANY, CROSSVILLE FABRIC CHILE S.A., and TOM JAMES CHILE S.A.<br><br>Plaintiffs,<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>Defendant. | CAUSE NO. |

### E-FILING APPEARANCE BY ATTORNEYS IN CIVIL CASE

1.  The party on whose behalf this form is being filed is:
    Initiating __ X __      Responding _____     Intervening _____ ; and

the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties: Tom James Company, English American Tailoring Company, Individualized Shirt Company, Oxxford Clothes XX, Inc., Holland & Sherry, Inc., Franklin Clothing Company, IAG Industrial Center, Inc., The Hancock Company, The Pickett Company, Crossville Fabric Chile S.A., and Tom James Chile S.A.

2.  Attorney information for service as required by Trial Rule 5(B)(2):

George M. Plews, #6274-49
Gregory M. Gotwald, #24911-49
Tonya J. Bond, #24802-49
Aaron J. Brock, #34996-49
Plews Shadley Racher & Braun LLP
1346 N. Delaware St.
Indianapolis, IN 46202
Tel: 317.637.0700
Fax: 317.637.0710
gplews@psrb.com

ggotwald@psrb.com  
tbond@psrb.com  
abrock@psrb.com

**IMPORTANT:** Each attorney specified on this appearance:

(a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;** and

(c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3. This is a \_\_\_\_\_PL\_\_\_\_\_ case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes _____ No \_\_X\_\_\_\_ (*If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on light green paper. Use Form TCM-TR3.1-4.*)

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No \_\_X\_\_\_\_ (*If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.*) The party shall use the following address for purposes of legal service:

   _____  Attorney's address  
   _____  The Attorney General Confidentiality program address  
   (contact the Attorney General at 1-800-321-1907 or e-mail address is confidential@atg.in.gov).  
   _____  Another address (provide) _____

This case involves a petition for involuntary commitment.  Yes _____ No \_\_X\_\_\_\_

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____
   b. State of Residence of person subject to petition: _____
   c. At least one of the following pieces of identifying information:

2

    (i)    Date of Birth _____
    (ii)   Driver's License Number _____
          State where issued _____ Expiration date _____
    (iii)  State ID number _____
          State where issued _____ Expiration date _____
    (iv)   FBI number _____
    (v)    Indiana Department of Corrections Number _____
    (vi)   Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7.    There are related cases: Yes _____ No \_\_\_X\_\_\_\_ (*If yes, list on continuation page.*)

8.    Additional information required by local rule: \_\_\_\_\_N/A_____

9.    There are other party members: Yes _____ No \_\_\_X\_\_\_\_ (*If yes, list on continuation page.*)

10.   This form has been served on all other parties and Certificate of Service is attached: Yes _____ No \_\_\_X\_\_\_\_

                                    Respectfully submitted,

                                    */s/ Tonya J. Bond*_____
                                    George M. Plews, #6274-49
                                    Gregory M. Gotwald, #24911-49
                                    Tonya J. Bond, #24802-49
                                    Aaron J. Brock, #34996-49
                                    **PLEWS SHADLEY RACHER & BRAUN LLP**
                                    1346 N. Delaware St.
                                    Indianapolis, IN 46204
                                    Tel: 317.637.0700
                                    Fax: 317.637.0710
                                    gplews@psrb.com
                                    ggotwald@psrb.com
                                    tbond@psrb.com
                                    abrock@psrb.com

                                    *Counsel for Plaintiffs*

STATE OF INDIANA
IN THE MARION COUNTY SUPERIOR COURT

| | |
|---|---|
| TOM JAMES COMPANY, ENGLISH AMERICAN TAILORING COMPANY, INDIVIDUALIZED SHIRT COMPANY, OXXFORD CLOTHES XX, INC., HOLLAND & SHERRY, INC., FRANKLIN CLOTHING COMPANY, IAG INDUSTRIAL CENTER, INC., THE HANCOCK COMPANY, THE PICKETT COMPANY, CROSSVILLE FABRIC CHILE S.A., and TOM JAMES CHILE S.A. | CAUSE NO. |
| Plaintiffs, | |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

## NOTICE IDENTIFYING COMMERCIAL COURT DOCKET CASE

The undersigned states that this case is a Commercial Court Docket Case eligible for assignment to the Commercial Court Docket pursuant to Rule 2 of the Interim Commercial Court Rules.

Pursuant to Rule 4 of the Interim Commercial Court Rules, the undersigned requests the Clerk of Court assign this case to the Commercial Court Docket.

Respectfully submitted,

*/s/ Tonya J. Bond*
George M. Plews, #6274-49

Gregory M. Gotwald, #24911-49
Tonya J. Bond, #24802-49
Aaron J. Brock, #34996-49
**PLEWS SHADLEY RACHER & BRAUN LLP**
1346 N. Delaware St.
Indianapolis, IN 46204
Tel: 317.637.0700
Fax: 317.637.0710
gplews@psrb.com
ggotwald@psrb.com
tbond@psrb.com
abrock@psrb.com

*Counsel for Plaintiffs*

2

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2004-PL-013613 |

TOM JAMES COMPANY, ENGLISH )
AMERICAN TAILORING COMPANY, )
INDIVIDUALIZED SHIRT COMPANY, )
OXXFORD CLOTHES XX, INC., )
HOLLAND & SHERRY, INC., FRANKLIN )
CLOTHING COMPANY, IAG )
INDUSTRIAL CENTER, INC., THE )
HANCOCK COMPANY, THE PICKETT )
COMPANY, CROSSVILLE FABRIC )
CHILE S.A., and TOM JAMES CHILE )
S.A., )
 )
        Plaintiffs, )
 )
v. )
 )
ZURICH AMERICAN INSURANCE )
COMPANY, )
 )
        Defendant. )

## APPEARANCE

**Party Classification:** Initiating ___   Responding **X**   Intervening ___

1. The undersigned attorney and all attorneys listed on this form now appear in this case for the following party member(s):

   **Zurich American Insurance Company**

2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

| | | |
|---|---|---|
| **Name:** | **Dennis F. Cantrell** | **Attorney Number:  10794-49** |
| **Address:** | **KATZ KORIN CUNNINGHAM** | |
| | **The Emelie Building** | **Phone:  (317) 464-1100** |
| | **334 North Senate Avenue** | **Fax:  (317) 464-1111** |
| | **Indianapolis, IN 46204** | **Email:  dcantrell@kkclegal.com** |

3. There are other party members: Yes _____ No **X** *(If yes, list on continuation page.)*

  4. *If first initiating party filing this case,* the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3): **N/A**

  5. I will accept service by FAX at the above noted number:  Yes _____ No **X**

  6. This case involves support issues.  Yes _____ No **X**  *(If yes, supply social security numbers for all family members on continuation page.)*

  7. There are related cases:  Yes _____ No **X**  *(If yes, list on continuation page.)*

  8. This form has been served on all other parties.  Certificate of Service is attached:  Yes **X**  No .

  9. Additional information required by local rule:  **Not Applicable.**

           Respectfully submitted,

           _/s/ Dennis F. Cantrell_____
           Dennis F. Cantrell, #10794-49

           *Attorney for Defendant, Zurich American Insurance Company*

KATZ KORIN CUNNINGHAM
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204
Telephone: (317) 464-1100
Facsimile: (317) 464-1111
Email:  dcantrell@kkclegal.com

## CERTIFICATE OF SERVICE

  I certify that on April 23, 2020, the foregoing document was served upon the following by the court's electronic filing system and/or First Class, United States Mail, postage prepaid:

George M. Plews
Gregory M. Gotwald
Tonya J. Bond
Aaron J. Brock
PLEWS SHADLEY RACHER & BRAUN, LLP
1346 N. Delaware Street
Indianapolis, IN  46202
***Counsel for Plaintiffs***

           _/s/ Dennis F. Cantrell_____
           Dennis F. Cantrell

2

Filed: 4/23/2020 5:34 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01-2004-PL-013613 |

TOM JAMES COMPANY, ENGLISH                )
AMERICAN TAILORING COMPANY,      )
INDIVIDUALIZED SHIRT COMPANY,      )
OXXFORD CLOTHES XX, INC.,                    )
HOLLAND & SHERRY, INC., FRANKLIN  )
CLOTHING COMPANY, IAG                          )
INDUSTRIAL CENTER, INC., THE                )
HANCOCK COMPANY, THE PICKETT         )
COMPANY, CROSSVILLE FABRIC              )
CHILE S.A. and TOM JAMES CHILE S.A.,  )
                                                                                 )
                    Plaintiffs,                                          )
                                                                                 )
         v.                                                                   )
                                                                                 )
ZURICH AMERICAN INSURANCE              )
COMPANY,                                                        )
                                                                                 )
                    Defendant.                                         )

## NOTICE OF INITIAL ENLARGEMENT OF TIME

Defendant, Zurich American Insurance Company, by counsel, and pursuant to Marion County Local Rule LR49-TR5-203(D) and Ind. Trial Rule 6(B)(1), hereby file its Notice of Initial Enlargement of Time to respond to Plaintiffs' Complaint for Declaratory Judgment. In support thereof, Defendant states as follows:

  1. Plaintiffs filed their Complaint for Declaratory Judgment on April 10, 2020 and served Defendant by certified mail on or about April 15, 2020.

  2. Defendant's answer or responsive pleading is therefore due on or about May 8, 2020, which time has not yet elapsed.

  3. Defendant requires an additional 30 days, up to and including June 8, 2020, to investigate the allegations in Plaintiffs' Complaint for Declaratory Judgment and prepare a proper response thereto.

  4. This initial enlargement is sought in good faith and not for purposes of vexation or undue delay, and Plaintiffs will not be prejudiced by this enlargement of time.

WHEREFORE, Defendant, Zurich American Insurance Company, by counsel, gives notice, up to and including June 8, 2020, to file its responsive pleading to Plaintiffs' Complaint for Declaratory Judgment.

    Respectfully submitted,

    */s/ Dennis F. Cantrell*
    Dennis F. Cantrell, #10794-49

    *Attorney for Defendant, Zurich American Insurance Company*

KATZ KORIN CUNNINGHAM
The Emelie Building
334 North Senate Avenue
Indianapolis, IN 46204
Telephone:  (317) 464-1100
Facsimile:  (317) 464-1111
Email:  dcantrell@kkclegal.com

## CERTIFICATE OF SERVICE

I certify that on April 23, 2020, the foregoing document was served upon the following by the court's electronic filing system and/or First Class, United States Mail, postage prepaid:

George M. Plews
Gregory M. Gotwald
Tonya J. Bond
Aaron J. Brock
PLEWS SHADLEY RACHER & BRAUN, LLP
1346 N. Delaware Street
Indianapolis, IN  46202
**Counsel for Plaintiffs**

    */s/ Dennis F. Cantrell*
    Dennis F. Cantrell